Local Criminal Notice of Appeal Form.

# FILED
NOV 2 3 2007

**NOTICE OF APPEAL**
United States District Court

Western District of New York

CLERK, US DISTRICT COURT, WDNY

United States of America

Docket No.: 07-CR-136-A

Michael Weaver

Hon. Richard J. Arcara
(District Court Judge)

Notice is hereby given that **Michael Weaver** appeals to the United States Court of Appeals for the Second Circuit from the judgment [ ], other [ ] Sentence
(specify)

entered in this action on 11/13/07
(date)

Offense occurred after November 1, 1987    Yes [✓]    No [ ]

This appeal concerns: Conviction only [ ]    Sentence only [✓]    Conviction and Sentence [ ]

Date 11/23/2007
TO

**Daniel G. Tronolone, Esq.**
(Counsel for Appellant)

Address 170 Franklin Street, Suite 800

Buffalo, New York 14202

ADD ADDITIONAL PAGE (IF NECESSARY)

Telephone Number: (716) 856-2626

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [✓] I am ordering a transcript<br>[ ] I am not ordering a transcript<br>Reason<br>[ ] Daily copy is available<br>[ ] U.S. Attorney has placed order<br>[ ] Other. Attach explanation | Prepare transcript of<br>[ ] Prepare proceedings<br>[ ] Trial<br>[✓] Sentencing October 24, 2007<br>[ ] Post-trial proceedings | Dates |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)). ▶
Method of payment [ ] Funds [✓] CJA Form 24 [ ]

ATTORNEY'S SIGNATURE _Daniel G. Tronolone_    DATE 11/23/2007

▶ COURT REPORTER ACKNOWLEDGMENT

To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____ | Signature _____ (Court Reporter) | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05